MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Robert A. Brundage, Bar No. 159890
robert.brundage@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Amicus Curiae
California Beer and Beverage Distributors

HOLLAND & KNIGHT LLP
Michael B. Newman, Bar No. 127774
michael.newman@hklaw.com
50 California Street, Suite 2800
San Francisco, CA 94111-4799
Tel: 415.743.6900
Fax: 415.743.6910

Attorneys for Amicus Curiae
Wine and Spirits Wholesalers of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orion Wine Imports, LLC and Peter Creighton, <br><br> Plaintiffs, <br><br> vs. <br><br> Jacob Appelsmith, in his Capacity as Director of the California Department of Alcoholic Beverage Control, <br><br> Defendant. | Case No. 2:18-cv-01721-KJM-DB <br><br> **STIPULATION AND ORDER PERMITTING CALIFORNIA BEER AND BEVERAGE DISTRIBUTORS AND WINE AND SPIRITS WHOLESALERS OF CALIFORNIA TO PARTICIPATE AS AMICI IN CONNECTION WITH PLEADINGS CHALLENGES** <br><br> Date: September 19, 2018 <br> Time: 10:00 a.m. <br> Place: Courtroom 3, Federal Court Building, 501 I Street, Sacramento CA <br> Judge: Hon. Kimberly J. Mueller |

California Beer and Beverage Distributors ("CBBD") and Wine and Spirits Wholesalers of California ("WSWC") (together, "the Amici"), Plaintiffs Orion Wine Imports, LLC and Peter Creighton ("Plaintiffs"), and Defendant Director Jacob Appelsmith ("Defendant"), by and through their counsel, submit the following stipulation and proposed order.

## BRIEF JOINT STATEMENT

The Amici are separate non-profit trade associations representing the interests of alcohol wholesalers located throughout California. On August 31, 2018, counsel for the Amici contacted counsel for the Plaintiffs and Defendant to advise them that the Amici intended to seek approval from the Court to participate as amici in connection with pleadings challenges and requested a stipulation permitting such participation. Counsel for Plaintiffs and Defendant both consented to the Amici's request.

## STIPULATION AND REQUEST FOR RELIEF

THEREFORE, Plaintiffs, Defendant and the Amici, by and through their respective counsel, hereby stipulate, subject to Court approval, that the Amici shall be permitted to participate as amici in connection with pleadings challenges in this action, including by filing a brief in advance of the next hearing scheduled in this action.

Dated: September 10, 2018

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP[1]

By  /s/ *Brian C. Rocca*
Brian C. Rocca

Attorneys for Amicus Curiae
California Beer and Beverage Distributors

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the authorization of all other signatories prior to the document's filing.

1

STIP AND ORDER PERMITTING CBBD AND WSWC TO PARTICIPATE AS AMICI IN CONNECTION WITH PLEADINGS CHALLENGES
NO. 2:18-CV-01721-KJM-DB

HOLLAND & KNIGHT LLP

By  /s/ *Michael B. Newman* (authorized 9/7/18)
    Michael B. Newman

    Attorneys for Amicus Curiae
    Wine and Spirits Wholesalers of California


EPSTEIN COHEN SEIF & PORTER LLP

By  /s/ *James A. Tanford* (authorized 9/8/18)
    James A. Tanford

    Attorneys for Plaintiffs
    Orion Wine Imports, LLC and Peter E. Creighton


OFFICE OF THE ATTORNEY GENERAL

By  /s/ *Lykisha D. Beasley* (authorized 9/10/18)
    Lykisha D. Beasley

    Attorneys for Defendant
    Jacob Appelsmith, in his official capacity as Director of the California Department of Alcoholic Beverage Control

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: September 13, 2018.

_____
UNITED STATES DISTRICT JUDGE