1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ANDREA R. AUSTIN, State Bar No. 173630
   Supervising Deputy Attorney General
3  LYKISHA D. BEASLEY, State Bar No. 282907
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-6110
6    Fax:  (916) 324-5567
     E-mail: Lykisha.Beasley@doj.ca.gov
7  *Attorneys for Defendant*
   *Jacob Appelsmith, Director of the*
8  *California Department of*
   *Alcoholic Beverage Control*

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

| | |
|---|---|
| 14  **ORION WINE IMPORTS, LLC and PETER E. CREIGHTON,** | 2:18-cv-01721-KJM-DB |
| 15                                      Plaintiffs, | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS; ORDER** |
| 16  v. | |
| 17 | MSC Date:      TBD |
| 18  **JACOB APPLESMITH, in his official capacity as Director of the California Department of Alcoholic Beverage Control,** | Trial Date:     TBD<br>Courtroom:    3<br>Judge:          The Honorable Kimberly J. Mueller |
| 19 | |
| 20                                      Defendants. | Action Filed:  June 14, 2018 |

21

22      **TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES DISTRICT**

23  **COURT JUDGE:**

24      On December 5, 2018, the Court issued a Minute Order vacating and advancing the date of

25  the status conference and hearing on Defendant Jacob Appelsmith's motion to dismiss from

26  December 21, 2018 to December 20, 2018. (ECF No. 37)  Defendant's counsel previously

27  arranged to take the deposition of the plaintiff in a Sacramento Superior Court case (Keioni Grant

28  v. Angelo Arata and the State of California) on December 20, 2018, but tried to re-schedule it in

1 order to accommodate this Court's calendar. However, Defendant's counsel was unable to do so
2 due to there being more than two parties to the litigation.

3    Upon realizing that the conflict could not be resolved, Defendant's counsel contacted Judge
4 Mueller's courtroom clerk and Plaintiffs' counsel, Mr. James A. Tanford, in order to explain the
5 scheduling conflict. Judge Mueller's clerk instructed counsel for Defendant to meet and confer
6 with Plaintiffs' counsel regarding the issue and, upon resolution, file a joint stipulation identifying
7 a new hearing date for the status conference and motion to dismiss.

8    Counsel for Plaintiffs and Defendant ("the Parties") successfully conferred on the
9 scheduling conflict and jointly request that the Court accept the following stipulation.

10    WHEREAS, the Parties agree that the continuance of the date of the status conference and
11 hearing on Defendant Jacob Appelsmith's motion to dismiss from December 20, 2018 to
12 February 8, 2019 is for good cause and is in the interest of justice;

13    **IT IS HEREBY STIPULATED:**

14    Plaintiffs and Defendant, by and through their respective attorneys of record, have agreed to
15 continue of the date of the status conference and hearing on Defendant Jacob Appelsmith's
16 motion to dismiss from December 20, 2018 to February 8, 2019.

17 Dated: December 14, 2018          Epstein Cohen Seif & Porter

18                                   By    /s/ *James A. Tanford*
                                     James A. Tanford, Esq.
19                                   Attorneys for Plaintiffs
20                                   Orion Wine Imports and Peter Creighton

21

22 Dated: December 14, 2018          Office of the Attorney General

23                                   By    /s/ *Lykisha D. Beasley*
                                     Lykisha D. Beasley, Deputy Attorney General
24                                   Attorneys for Defendant
                                     Jacob Appelsmith, Director of the
25                                   California Department of
26                                   Alcoholic Beverage Control

27

28 ///

2

**ORDER**

The Court having reviewed the foregoing Joint Stipulation and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the status conference and hearing on Defendant Jacob Appelsmith's motion to dismiss are continued from December 20, 2018 to February 8, 2019.

**IT IS SO ORDERED.**

DATED: December 17, 2018.

_____
UNITED STATES DISTRICT JUDGE

SA2018101846
13367502.docx

# CERTIFICATE OF SERVICE

Case Name:   **Orion Wine Imports, LLC, and**     No.   **2:18-cv-01721-KJM-DB**
                   **Peter E. Creighton v. Jacob**
                   **Applesmith**

I hereby certify that on <u>December 14, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### JOINT STATUS TO CONTINUE STATUS CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 14, 2018</u>, at Sacramento, California.

      <u>Sylvia Sandoval</u>                   <u>/s/ Sylvia Sandoval</u>
            Declarant                          Signature