## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **ORION WINE IMPORTS, LLC, ET AL.,** |  |
|  | CASE NO: **2:18–CV–01721–KJM–DB** |
| v. |  |
| **JACOB APPELSMITH, ET AL.,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/21/2020**

                                                                **Keith Holland**
                                                                Clerk of Court

ENTERED:  **February 21, 2020**

                                          by: /s/ L. Mena–Sanchez
                                                          Deputy Clerk